IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAKE'S FIREWORKS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CONSUMER PRODUCT ) <br> SAFETY COMMISSION, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. TDC-21-2058 |

## NOTICE OF APPEAL

Notice is hereby given that Jake's Fireworks, Inc., Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order (ECF Nos. 23, 24) representing the final judgment entered in this case on April 24, 2023.

Dated: June 20, 2023

Respectfully submitted,

| | |
|---|---|
| Erika Z. Jones (Federal Bar # 20601) | Timothy L. Mullin, Jr. (Federal Bar #00082) |
| Adam C. Sloane (admitted *pro hac vice*) | Dwight W. Stone II (Federal Bar # 22968) |
| Ankur Mandhania (admitted *pro hac vice*) | MILES & STOCKBRIDGE P.C. |
| MAYER BROWN LLP | 100 Light Street |
| 1999 K Street, N.W. | Baltimore, MD 21202 |
| Washington, DC 20006-1101 | (410) 385-3641 (lead counsel direct dial) |
| (202) 263-3232 (lead counsel direct dial) | (410) 385-3700 (fax) |
| (202) 263-5232 (fax) | tmullin@milesstockbridge.com |
| ejones@mayerbrown.com | dstone@milesstockbridge.com |

*Attorneys for Plaintiff Jake's Fireworks, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2023, a copy of the foregoing was served on all Counsel of Record via this Court's CM/ECF electronic filing system.

*/s/ Dwight W. Stone II*
Dwight W. Stone II